IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR58 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ERIC D. EDWARDS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's "Motion for Extension of Self-Surrender Date" (filing no. 33).  The defendant requests an extension of time to self-surrender to the Bureau of Prisons for service of his sentence.

IT IS ORDERED that defendant's "Motion for Extension of Self-Surrender Date" (filing no. 33) is denied.

DATED this 2nd day of February, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge